UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **CURTIS SHAW,** | Civil No. 18-14144 (RMB) |
| Petitioner | |
| v. | OPINION |
| **WARDEN KAREN TAYLOR,** *et al.*, | |
| Respondents | |

**BUMB, District Judge**

Petitioner Curtis Shaw, whose last known address was Camden County Correctional Facility in Camden, New Jersey, filed this petition for writ of habeas corpus under 28 U.S.C. § 2254 on September 17, 2018. (Pet., ECF No. 1.) On October 5, 2018, legal mail sent to Petitioner at his last known address was returned to the Court as undeliverable. (ECF No. 2.) Petitioner did not advise the Court of his new address.

I. DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a Plaintiff's complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v.

Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1  An appropriate order follows.


Dated: April 12, 2019


                                   s/Renée Marie Bumb
                                   **RENÉE MARIE BUMB**
                                   **UNITED STATES DISTRICT JUDGE**